

# Fourth Court of Appeals
## San Antonio, Texas

April 23, 2013

No. 04-12-00402-CR

Derrick **WOOLRIDGE**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. 2011CR9661
Honorable Sid L. Harle, Judge Presiding

## O R D E R

The State's Motion for Extension of Time to File Brief is hereby GRANTED. The State's brief is due May 17, 2013.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of April, 2013.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court